# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Criminal No. 03-648 (SRC) |
| Plaintiff, | : | |
| | : | **ORDER** |
| v. | : | |
| | : | |
| JAMES PREVARD, | : | |
| | : | |
| Defendant. | : | |
| | : | |

This matter having come before the Court on Defendant's Motion for Reduction of Sentence [docket item # 18]; and

**IT APPEARING** that Federal Rule of Criminal Procedure 35, which governs the correction or reduction of a sentence, applies to the instant motion; and it further

**APPEARING** that Rule 35(b) provides that the government may move for a reduction of sentence for substantial assistance provided by the defendant in investigating or prosecuting another person; and it further

**APPEARING** that Rule 35 does not contemplate motions for the reduction of a sentence filed by a defendant; and it further

**APPEARING** that Defendant has no standing under Rule 35 to obtain the relief sought; and it further

**APPEARING** that, additionally, the papers submitted in support of Defendant's motion do not provide any information about substantial assistance provided by Defendant after sentencing;

For the foregoing reasons, **IT IS** on this 19th day of March, 2012, hereby

**ORDERED** that Defendant's Motion For Reduction of Sentence [docket item # 18] be and hereby is **DENIED**.

                                                    s/ Stanley R. Chesler  
                                                   Stanley R. Chesler, U.S.D.J.